# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134327(39)

_____

IN RE XAVION JASHON PEOPLES and
JAIYA MICHELLE PEOPLES, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

TAMIRA Y. PEOPLES,
      Respondent-Appellant.

_____/

SC: 134327
COA: 272972
Ingham CC
Family Division: 00-627041-NA

On order of the Court, the motion for reconsideration of this Court's July 20, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2007

_____
Clerk

d0925